# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED

11 OCT 25 AM 10: 15

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NOE VILLALBA (1),<br><br>                    Defendant. | CASE NO. 11CR4188<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (11CR4775-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Information:

   8:1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 24, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE